UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUCAS OSBORNE,<br><br>              Plaintiff,<br><br>   v.<br><br>CLARK COUNTY SHERIFF'S OFFICE, et al.,<br><br>              Defendants. | CASE NO. C16-5307 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 45. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' Motion for Summary Judgment (Dkt. 33) is **GRANTED**; and

(3) Plaintiffs' claims are **DISMISSED with prejudice**.

Dated this 22nd day of December, 2017.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER